IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>vs. )<br>  )<br>JEREMIAH GUSS, KHARISSA COOPER, )<br>MADISON COUNTY COMMUNITY )<br>DEVELOPMENT, and MEADOWBROOK )<br>PUBLIC WATER DISTRICT, )<br>  )<br>    Defendants. ) | Civil No.  10-cv-1015-JPG-DGW |

## JUDGMENT

This matter having come before the Court on the Motion for Entry of Deficiency Judgment filed by the United States of America, and it appearing to the Court that said motion is proper and that judgment should enter as set forth in said motion;

WHEREFORE, it is ORDERED that judgment be, and the same is hereby, entered in favor of the United States and against Jeremiah Guss and Kharissa Cooper in the amount of  $40,432.26.

IT IS FURTHER ORDERED that post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

**IT IS SO ORDERED.**
**FEBRUARY 28, 2012**

s./ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**